LAW OFFICES OF ROBERT DAVID BAKER
Robert David Baker, Esq. (87314)
Tim Reed, Esq. (242578)
1611 The Alameda
San Jose, CA 95126
(408) 292-8555
Fax (408) 292-0703

Attorney for Plaintiff,
**DANNY GONZALES**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES KINNEY; EARTHQUAKE READINESS, INCORPORATED, A Suspended Corporation;<br><br>Defendants. | CASE NO. C 07 01394 JF<br><br>PLAINTIFF'S CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER<br><br>(LOCAL RULE 16-9)<br><br>DATE: JUNE 15, 2007<br><br>TIME: 10:30 A.M.<br><br>DEPT: HONORABLE JEREMY FOGEL |

Pursuant to FRCP Rule 26, Plaintiff Danny Gonzales submits the following Case Management Statement.

**1.     Brief Description Of Events Underlying This Action.**

This is a claim under the Fair Labor Standards Act and the California Labor Code for payment of overtime wages, failure to pay on regular paydays and for misrepresentation.

**2.     Principal Factual Issues In Dispute.**

The factual matters in dispute are whether: (1) Plaintiffs worked more than 8 hours in a workday; (2) Plaintiffs worked more than 40 hours in a workweek; (3) Plaintiffs worked more than 12 hours per day; (4) Plaintiffs worked more than 60 hours per week; and (5) the nature and extent of Plaintiffs' job duties.

**3.     Principal Legal Issues In Dispute.**

The legal matters in dispute are whether: (1) the California Labor Code provides the exclusive remedies in lieu of a simultaneous FLSA claim; (2) Plaintiffs can recover punitive damages; (3) whether Plaintiffs were non-exempt employees; and (4) whether the individual defendants were employers under the FLSA.

**4.     Other Factual Issues Which Remain Unresolved.**

None.

**5.     Parties That Have Not Been Served And The Reasons.**

Charles Kinney was served by substitute service on May 26, 2007. Therefore, it is requested that the Case Management Conference be continued to a time sufficient for Charles Kinney to be required to answer to this court. Plaintiff will continue to attempt service upon Charles Kinney.

1  **6.   Request To Continue Case Management Conference.**

2  Plaintiff requests that this court continue the Case Management Conference to such a date as

3  is convenient with the court.

5  DATED: June 1, 2007.                                  LAW OFFICES OF ROBERT DAVID BAKER

7  By_____
   Robert David Baker, Esq.
   Attorney for Plaintiff
   Danny Gonzales

## CASE MANAGEMENT ORDER

The Case Management Conference is continued to July __27__, 2007.

DATED:  __6/13/07__

By:_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE