\*\*E-filed 10/3/07\*\*

Jeffrey A. Snyder/Bar No. 148217
Erin L. McDermit/Bar No. 241167
THOITS, LOVE, HERSHBERGER & McLEAN
A Professional Law Corporation
Two Palo Alto Square, Suite 500, 3000 El Camino Real
Palo Alto, California 94306-2117
Telephone:   (650) 327-4200
Facsimile:    (650) 325-5572

Attorneys for Defendants
Charles Kinney and C. M. Kinney Corporation,
a California corporation d/b/a Earthquake Readiness

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DANNY GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES KINNEY; EARTHQUAKE READINESS, INCORPORATED, a suspended corporation,<br><br>    Defendants. | No. C 07 01394 JF<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR MEDIATION AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

Plaintiff Danny Gonzales and Defendants Charles Kinney and C.M. Kinney Corporation, a California corporation d/b/a Earthquake Readiness jointly submit the following stipulation and proposed order based on the following facts:

1. The parties and the assigned mediator, Judith Mazia, held their initial telephone conference on August 23, 2007;

2. The parties and mediator agree that good cause exists to extend the date by which the mediation can be held, due to the trial schedule of plaintiff's counsel, and pendency of discovery efforts in this case;

3. The parties agree that the current date by which mediation can be held (October

| | |
|---|---|
| 1 | 11, 2007) should be continued to November 15, 2007, and that the case |
| 2 | management conference should also be continued. |

Dated: August 24, 2007.

THOITS, LOVE,
HERSHBERGER & McLEAN

By _____
Jeffrey A. Snyder
Attorneys for Defendants
Charles Kinney and C. M. Kinney
Corporation, a California corporation
d/b/a Earthquake Readiness

Dated: August ___, 2007.  [handwritten: September 17, 2007]

LAW OFFICES OF ROBERT DAVID BAKER

By _____
Robert David Baker
Attorneys for Plaintiff
Danny Gonzales

## ORDER

Based on the parties' stipulation, it is hereby ordered:

1. Mediation shall take place by November 15, 2007.

2. The Case Management Conference is continued from October 12, 2007 to December 7, 2007.

DATED: 10/2/07

By: _____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE