**E-filed 5/9/08**

LAW OFFICES OF ROBERT DAVID BAKER
Robert David Baker, Esq. (87314)
Tim Reed, Esq. (242578)
1611 The Alameda
San Jose, CA 95126
(408) 292-8555
Fax (408) 292-0703

Attorneys for Plaintiff,
DANNY GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES KINNEY; EARTHQUAKE READINESS, INCORPORATED, A Suspended Corporation;<br><br>Defendants. | CASE NO. C 07 01394 JF<br><br>REQUEST FOR DISMISSAL [FRCP 41 (a)(2) AND ORDER |

Based upon the declaration of Robert David Baker, and on all records and documents in this matter, Plaintiff requests that the above-entitled matter is dismissed, and that each party bear their own attorney fees and costs.

Dated: May 1, 2008

_____
Robert David Baker, Esq.
Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED.

The above-entitled matter is dismissed.  Each party to bear their own costs and attorney fees.

Dated: May 9, 2008

_____
Honorable Jeremy Fogel
United States District Court Judge